UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                         Criminal Action No.
                                            11-cr-20689

v.

                                            HON. MARK A. GOLDSMITH

STEVE PERRY,

       Defendant.
_____/

## ORDER GRANTING THE GOVERNMENT'S MOTION FOR REMISSION OF FINE OWED (DKT. 22)

Defendant Steve Perry pled guilty to one count of receipt/distribution of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2), on February 21, 2012. See Plea Agreement (Dkt. 18). After accepting Defendant's plea, the Court sentenced him to 180 months imprisonment on June 19, 2012. See Judgment at 2. (Dkt. 21). As part of his sentence, the Court also imposed 10 years of supervised release, payment of the costs of incarceration and supervision, a special assessment of $100, and a fine of $25,000, among other things. Id. at 3, 5-6.

The Government filed a motion for remission on February 10, 2014 (Dkt. 22). The Government noted that Defendant paid the $100 special assessment and the $25,000 fine prior to the date of sentencing. Id. at 2. The Government also stated that it had received $369,750.09 of the amount to be paid toward Defendant's criminal monetary obligations, and that $123,083.51 (plus accrued interest) remains. Id. at 3. The Government further calculated that, based on Defendant's date of anticipated release, the unpaid balance is actually reduced to approximately $24,386.03, plus interest. Id. at 4. Nevertheless, the Government claimed that it knew of no

1

other significant assets belonging to Defendant, and that Defendant's chances of meaningful employment upon release from incarceration will be reduced given his age, the length of his incarceration, and the nature of the underlying crime. Id. Accordingly, the Government requested that the Court remit the remainder of the fine pursuant to 18 U.S.C. § 3573(1). Id. at 4-5.

Having reviewed the Government's motion, the Court agrees that further reasonable efforts to collect the debt from Defendant are not likely to be effective. Accordingly, the Court grants the Government's motion (Dkt. 22) and remits the outstanding balance due on the imposed costs, plus all accrued and accruing interest.

SO ORDERED.

Dated: February 14, 2014       s/Mark A. Goldsmith
    Flint, Michigan       MARK A. GOLDSMITH
         United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 14, 2014.

     s/Deborah J. Goltz
     DEBORAH J. GOLTZ
     Case Manager